UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:  IN RE:	**Kenya Lyons**	Case no. 14-46852
	**Judge Shapero (Detroit)**
	**Chapter 13**

_____/
Shirley L. Horn
Attorney for Debtor(s)
25600 Woodward Ave, Ste# 214
Royal Oak    MI    48067
(248) 398-9900
(248) 398-9902, Fax
shirleyhorn@sbcglobal.net     /


## DEBTORS RESPONSE TO TRUSTEE'S MOTION TO DISMISS FOR FAILURE TO MAKE PAYMENTS UNDER CHAPTER13 PLAN AND REQUEST FOR HEARING

    NOW comes Shirley L. Horn, attorney for Debtor(s), and hereby responds to the Trustee's Motion to Dismiss for Failure to Make Payments Under Chapter 13 Plan, and in support states the following:

1. Debtor admits to the allegations contained in paragraph 1.

2. Debtor admits there has been a delinquency. A Plan Modification to address delinquency is being prepared.

    WHEREFORE, Debtor(s), by and through their attorney, Shirley L. Horn, request a hearing in open court.


Dated:   4/6/2015	/s/   Shirley L. Horn
	Shirley L. Horn (P52071)
	Attorney for Debtor(s)
	25600 Woodward Ave, Ste# 214
	Royal Oak    MI    48067
	(248) 398-9900
	(248) 398-9902, Fax
	shirleyhorn@sbcglobal.net     /